# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150951 & (7)(12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 150951
                                 COA: 323826
                                 Wayne CC: 83-005317

MAURICE NATHANIEL BUNKLEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand are DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015

Clerk

s1116